IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CELIO GUEVARA HERNANDEZ, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HADEED CARPET CLEANING, INC., et al., ) <br> Defendants. ) | Civil Action No. 1:16cv1378 |

## ORDER

By Order dated March 14, 2017, plaintiff was directed to show cause why this case should not be dismissed for failure to serve the defendants within ninety (90) days of the complaint being filed, as required by Rule 4(m), Fed. R. Civ. P. (Doc. 2.) Plaintiff was given until March 17, 2017 at 5:00 p.m., to file his response to the Show Cause Order and was warned that failure to respond would result in the prompt dismissal of his case. (*Id.*) A *sua sponte* review of the docket reveals that the plaintiff has not filed a response.

Accordingly,

It is hereby **ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m), Fed. R. Civ. P.

It is further **ORDERED** that this case is **CLOSED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

/s/
T. S. Ellis, III
United States District Judge

Alexandria, Virginia
March 21, 2017